[No. 202-2.    Division Two.    February 3, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID S. NASS, *Appellant.*

*Samuel J. Allotta,* for appellant.

*Ronald L. Hendry, Prosecuting Attorney,* and *Joseph D. Mladinov,* for respondent.

PER CURIAM.—David S. Nass was convicted of the crime of unlawful sale of narcotics—marijuana. The parties have stipulated that the decisions in *State v. Williams,* 78 Wn.2d 459, 475 P.2d 100 (1970); and *State v. Zornes,* 78 Wn.2d 9, 475 P.2d 109 (1970) are controlling and require reversal and dismissal. We agree. For the reasons set forth in those decisions, the judgment in this case is reversed and the action dismissed.